In the Matter of the Claim of LAWRENCE L. ROBERTS, Respondent, against J. F. NEWCOMB & COMPANY et al., Appellants.

STATE DEPARTMENT OF LABOR, Respondent.

*Workmen's Compensation Law — street risks — outside employee of printing company injured by explosion while passing along street entitled to compensation.*

*Roberts* v. *Newcomb & Co.*, 201 App. Div. 759, affirmed.
(Argued October 5, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 21, 1922, which affirmed an award of the state industrial board made under the Workmen's Compensation Law. The defendant Newcomb & Company were general printers and the claimant was employed as outside man in the business. While in passing along a street in the performance of his duties he was injured as the result of an explosion. It was held that the injury arose out of and in the course of his employment and that he was entitled to compensation.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.